# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                         **CRIMINAL NO. 2:18-CR-14-KS-MTP**

**SHAREKA HOLMES**

## ORDER

On April 29, 2021, Defendant filed a Motion for Leave to File [14] a motion for compassionate release under seal. The next day, the Court granted the motion in a text order, permitting a motion for compassionate release to be filed under restricted status. However, Defendant never filed a motion for compassionate release. On May 11, 2021, Defendant filed a Supplement [15], although she never filed an initial motion. Then, on June 9, 2021, Defendant filed a Second Supplement [16], in which she asserts that the Government never responded to her motion for compassionate release and it is, therefore, ripe for review.

Therefore, the Court finds that there is no motion for compassionate release pending in this case, as Defendant never filed one. Accordingly, to the extent Defendant seeks any relief in her Second Supplement [16], it is **denied as moot**.

SO ORDERED AND ADJUDGED this ___18th___ day of June, 2021.

                                                         /s/ Keith Starrett
                                                         KEITH STARRETT
                                     UNITED STATES DISTRICT JUDGE